IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:25PO200 |
| | ) | |
| ZACHARY ELLIS, | ) | |
| Defendant. | ) | |

# NOTICE OF APPEAL

Comes now the defendant, Zachary Ellis, by counsel, pursuant to Fed. R. Crim. P. 58(g)(2) and following his conviction on May 1, 2025, hereby notes his appeal to a District Judge of the decision of United States Magistrate Judge Fitzpatrick entered on May 2, 2025. *See* D.E. 24.

Respectfully submitted on this 14th day of May, 2025.

**ZACHARY ELLIS**
by counsel:

Geremy C. Kamens
Federal Public Defender

by:_____s/_____
Brooke S. Rupert, Va Bar No. 79729
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0849
Facsimile: (703) 600-0880
brooke_rupert@fd.org