APPEAL

# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CRIMINAL DOCKET FOR CASE #: <u>1:25–po–00200–WEF</u>–1

Case title: USA vs Ellis                                     Date Filed: 01/23/2025

Assigned to: Magistrate Judge
William E. Fitzpatrick

**Defendant (1)**

**Zachary B Ellis**              represented by    **Brooke Sealy Rupert**
Office of the Federal Public Defender
(Alexandria)
1650 King St
Suite 500
Alexandria, VA 22314
703–600–0800
Fax: 703–600–0880
Email: brooke_rupert@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| POSSESSING A WEAPON (E2364226) (1) | |
| USE OF HANDHELD PERSONAL COMMUNICATIONS DEVICES IN CERTAIN MOTOR VEHICLES (E2364227) (2) | |

**Highest Offense Level (Opening)**

Petty Offense

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

**Complaints**                                    **Disposition**

None

_____

**Plaintiff**

**USA**                          represented by    **Kristin Marie Grimes**
                                                  DOJ–USAO
                                                  2100 Jamieson Ave
                                                  Alexandria, VA 22314
                                                  703–236–3854
                                                  Email: kristin.grimes@usdoj.gov
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Thomas Kersey**
                                                  DOJ–USAO
                                                  2100 Jamieson Ave
                                                  Alexandria, VA 22314
                                                  703–299–3804
                                                  Email: thomas.kersey@usdoj.gov
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2025 | 1 | Citation Issued as to Zachary B Ellis (1) count(s) 1. (Attachments: # 1 Original Ticket) (CVB Auto) (Entered: 01/23/2025) |
| 01/23/2025 | 2 | Initial Appearance set for 02/06/2025 at 09:00 AM in ALX1 before Magistrate Judge John F. Anderson. (CVB Auto) (Entered: 01/23/2025) |
| 01/23/2025 | 3 | Citation Issued as to Zachary B Ellis (1) count(s) 2. (Attachments: # 1 Original Ticket) (CVB Auto) (Entered: 01/23/2025) |
| 02/06/2025 | 4 | ORDER to Continue as to Zachary B Ellis (JFA) (Entered: 02/06/2025) |
| 02/06/2025 | 5 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson: Terminate hearing (JFA) (Entered: 02/06/2025) |
| 02/06/2025 | 6 | Status Conference set for 03/06/2025 at 09:00 AM in ALX1 before Magistrate Judge John F. Anderson. (JFA) (Entered: 02/06/2025) |
| 02/06/2025 | 7 | CJA 23 Financial Affidavit by Zachary B Ellis (Dcrow, ) (Entered: 02/07/2025) |
| 02/06/2025 |  | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER – Brooke Sealy Rupert for Zachary B Ellis appointed. Signed by Magistrate Judge John F. Anderson on 2/6/2025. (Dcrow, ) (Entered: 02/07/2025) |
| 02/26/2025 | 8 | Motion for Protective Order by USA as to Zachary B Ellis. (Attachments: # 1 Proposed Order)(Kersey, Thomas) Modified text on 2/26/2025 (jlan) (Entered: 02/26/2025) |
| 02/26/2025 | 9 | Protective Order as to Zachary B Ellis. Signed by Magistrate Judge John F. Anderson on 2/26/2025. (lgue, ) (Entered: 02/26/2025) |

| 03/06/2025 | 10 | ORDER to Continue as to Zachary B Ellis (JFA) (Entered: 03/06/2025) |
|---|---|---|
| 03/06/2025 | 11 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson: Terminate hearing (JFA) (Entered: 03/06/2025) |
| 03/06/2025 | 12 | Status Conference set for 03/20/2025 at 09:00 AM in ALX1 before Magistrate Judge John F. Anderson. (JFA) (Entered: 03/06/2025) |
| 03/06/2025 | | Magistrate Judge Ivan D. Davis added. Magistrate Judge John F. Anderson no longer assigned to case. (Dcrow, ) (Entered: 03/07/2025) |
| 03/06/2025 | 13 | ORDER – This matter comes before the Court on its own initiative. Pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, the Court ORDERS the United States to adhere to the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Brady v. Maryland instructs that the suppression by the prosecution of evidence favorable to an accused violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution. 373 U.S. at 87. Failure to adhere to this requirement may result in serious consequences, up to and including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the court. Having given counsel the oral admonition required by the Due Process Protections Act, this Order serves as the reminder of prosecutorial obligation and duties in accordance with Rule 5(f) and the Eastern District of Virginia Standing Order concerning the same as to Zachary B Ellis. Signed by Magistrate Judge John F. Anderson on 3/6/2025. (Dcrow, ) (Entered: 03/07/2025) |
| 03/21/2025 | 14 | ORDER to Continue as to Zachary B Ellis (IDD) (Entered: 03/21/2025) |
| 03/21/2025 | 15 | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis: Terminate hearing (IDD) (Entered: 03/21/2025) |
| 03/21/2025 | 16 | Bench Trial set for 05/01/2025at 09:00 AM in ALX1 before Magistrate Judge Ivan D. Davis. (IDD) (Entered: 03/21/2025) |
| 03/21/2025 | | Magistrate Judge William E. Fitzpatrick added. Magistrate Judge Ivan D. Davis no longer assigned to case. (lgue, ) (Entered: 03/21/2025) |
| 04/28/2025 | 17 | MOTION for Electronic Device Application by USA as to Zachary B Ellis. (Kersey, Thomas) (Main Document 17 replaced to correct PDF fillable form on 4/28/2025) (Dest). Modified text to correct filing event on 4/28/2025 (Dest). (Entered: 04/28/2025) |
| 04/28/2025 | | Notice of Correction re 17 MOTION for the use of courtroom technology. Document number was filed using the wrong docket event. The "MOTION for Electronic Device Application" event was incorrectly filed as "MOTION for the use of courtroom technology." The clerk's office staff corrected this error. No further action is required at this time. (Dest) (Entered: 04/28/2025) |
| 04/28/2025 | 18 | ORDER granting 17 MOTION for Electronic Device Application as to Zachary B Ellis (1). Signed by Magistrate Judge William E. Fitzpatrick on 4/28/2025. (Dest) (Entered: 04/28/2025) |
| 04/30/2025 | 19 | NOTICE OF ATTORNEY APPEARANCE Kristin Marie Grimes appearing for USA. (Grimes, Kristin) (Entered: 04/30/2025) |

| 04/30/2025 | 20 | MOTION for Electronic Device Application by Zachary B Ellis. (Rupert, Brooke) (Entered: 04/30/2025) |
|---|---|---|
| 04/30/2025 | 21 | ORDER granting 20 MOTION for Electronic Device Application as to Zachary B Ellis (1). Signed by Magistrate Judge William E. Fitzpatrick on 4/30/2025. (Dest) (Entered: 04/30/2025) |
| 05/01/2025 | 22 | Minute Entry for proceedings held before Magistrate Judge William E. Fitzpatrick: USA appeared through Thomas Kersey, Zakeria Haidary, Kristin Grimes. Deft appeared w/counsel Brooke Rupert. Bench Trial as to Zachary B Ellis held on 5/1/2025. Deft calls witness; Crossexamination of witness: Redirect. Defts Exh 1–4 admitted. Defts oral Rule 29 Motion–Denied. Deft calls witness; Crossexamnation of witness. USA witness recalled. Closing arguments. Defts renewed oral Rule 29 Motion–Denied. Deft found Not Guilty as to TVN# E2364227; Deft Found Guilty on TVN# E2364226. Deft stepped back in USMS custody until 2pm for Sentencing. Deft recalled at Sentencing. Deft sentenced to 6 months supervised probation w/conditions; No Fine imposed; Mandatory $30.00 Processing fee and $10.00 S/A (see Judgment for details). Original Release Order given to USMS in open court. (Court Reporter Tonia Harris.)(FTR: tfitz, ) (Entered: 05/01/2025) |
| 05/01/2025 | 25 | CVB is advised disposition information has been updated as to Zachary B Ellis for Violation Number E2364226, Disposition Code TE. Fine Amount 0.00 Processing Fee 30.00 Special Assessment 10.00 Disposition date 5/1/2025.<br><br>CVB USE ONLY:EV78:E2364226:TE:5/1/2025:0.00:10.00:30.00:32 CFR 234.10(a)(1):Possession of a Weapon :NEF_DISPOSITION_FEES_OFFENSE<br><br>(tfitz, ) (Entered: 05/06/2025) |
| 05/01/2025 | 26 | CVB is advised disposition information has been updated as to Zachary B Ellis for Violation Number E2364227, Disposition Code TD. Disposition date 5/1/2025.<br><br>CVB USE ONLY:EV78:E2364227:Zachary B Ellis:TD:5/1/2025:DISPOSITION<br><br>(tfitz, ) (Entered: 05/06/2025) |
| 05/02/2025 | 24 | JUDGMENT as to Zachary B Ellis. Signed by Magistrate Judge William E. Fitzpatrick on 5/2/25. (tfitz, ) (Entered: 05/06/2025) |
| 05/14/2025 | 27 | NOTICE OF APPEAL by Zachary B Ellis re 24 Order (Rupert, Brooke) (Entered: 05/14/2025) |

The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| EV78 | E2364226 | AGUILAR | 12/17/2024 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | |
| Offense Charged | Offense Description | | |
| 32CFR234.10(a)(1) | POSSESSION OF A WEAPON | | |
| Defendant Name | | | |
| ELLIS, ZACHARY B | | | |
| Initial Court Appearance | | | |
| MANDATORY - You must appear in court | | | |
| Court Address | | | Date/Time |
| US DISTRICT COURT<br><br>401 COURTHOUSE SQUARE<br>ALEXANDRIA, VA 22314-5798 | | | 02/06/2025<br>09:00 AM |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge John F. Anderson
(dilhani_siriwardane@vaed.uscourts.gov, jfa_chambers@vaed.uscourts.gov,
john_anderson@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12313436@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-JFAVAED USA vs Ellis Set Hearings
```
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing


The following transaction was entered on 1/23/2025 at 2:30 PM EST and filed on 01/23/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25–po–00200–JFA |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **Initial Appearance set for 02/06/2025 at 09:00 AM in ALX1 before Magistrate Judge John F. Anderson. (CVB Auto)**


**1:25–po–00200–JFA–1 Notice has been electronically mailed to:**

**1:25–po–00200–JFA–1 Notice has been delivered by other means to:**

Zachary B Ellis
7308 CALVERT STREET
ANNANDALE, VA 22003

The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | | Date of Offense |
|---|---|---|---|---|
| EV78 | E2364227 | AGUILAR | | 12/17/2024 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | | |
| Offense Charged | Offense Description | | | |
| VSC46.2-818.2 | USING HANDHELD DEVICE WHILE DRIVING | | | |
| Defendant Name | | | | |
| ELLIS, ZACHARY B | | | | |
| Initial Court Appearance | | | | |
| MANDATORY - You must appear in court | | | | |
| Court Address | | | | Date/Time |
| US DISTRICT COURT<br><br>401 COURTHOUSE SQUARE<br>ALEXANDRIA, VA 22314-5798 | | | | 02/06/2025<br>09:00 AM |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge John F. Anderson
(dilhani_siriwardane@vaed.uscourts.gov, jfa_chambers@vaed.uscourts.gov,
john_anderson@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12343451@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-JFAVAED USA vs Ellis Order to Continue
```
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 2/6/2025 at 4:35 PM EST and filed on 02/06/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25–po–00200–JFA |
| **Filer:** | Dft No. 1 – Zachary B Ellis |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
 **ORDER to Continue as to Zachary B Ellis (JFA)**


**1:25–po–00200–JFA–1 Notice has been electronically mailed to:**

**1:25–po–00200–JFA–1 Notice has been delivered by other means to:**

Zachary B Ellis
7308 CALVERT STREET
ANNANDALE, VA 22003

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge John F. Anderson
(dilhani_siriwardane@vaed.uscourts.gov, jfa_chambers@vaed.uscourts.gov,
john_anderson@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12343453@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-JFAVAED USA vs Ellis Terminate Hearings
```
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 2/6/2025 at 4:35 PM EST and filed on 02/06/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25–po–00200–JFA |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
 **Minute Entry for proceedings held before Magistrate Judge John F. Anderson: Terminate hearing (JFA)**

**1:25–po–00200–JFA–1 Notice has been electronically mailed to:**

**1:25–po–00200–JFA–1 Notice has been delivered by other means to:**

Zachary B Ellis
7308 CALVERT STREET
ANNANDALE, VA 22003

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge John F. Anderson
(dilhani_siriwardane@vaed.uscourts.gov, jfa_chambers@vaed.uscourts.gov,
john_anderson@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12343455@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-JFAVAED USA vs Ellis Set Hearings
```
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 2/6/2025 at 4:35 PM EST and filed on 02/06/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25–po–00200–JFA |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
 **Status Conference set for 03/06/2025 at 09:00 AM in ALX1 before Magistrate Judge John F. Anderson. (JFA)**


**1:25–po–00200–JFA–1 Notice has been electronically mailed to:**

**1:25–po–00200–JFA–1 Notice has been delivered by other means to:**

Zachary B Ellis
7308 CALVERT STREET
ANNANDALE, VA 22003

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Brooke Sealy Rupert (brooke_rupert@fd.org, camisha_ellison@fd.org,
maria_ramirez@fd.org, thelma_young@fd.org), Magistrate Judge John F. Anderson
(dilhani_siriwardane@vaed.uscourts.gov, jfa_chambers@vaed.uscourts.gov,
john_anderson@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12345016@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-JFAVAED USA vs Ellis Order Appointing Public
Defender
```
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 2/7/2025 at 10:44 AM EST and filed on 2/6/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | <u>1:25–po–00200–JFA</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER – Brooke Sealy Rupert for Zachary B Ellis appointed. Signed by Magistrate Judge John F. Anderson on 2/6/2025. (Dcrow, )**

**1:25–po–00200–JFA–1 Notice has been electronically mailed to:**

Brooke Sealy Rupert &nbsp &nbsp brooke_rupert@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org

**1:25–po–00200–JFA–1 Notice has been delivered by other means to:**

Zachary B Ellis
7308 CALVERT STREET
ANNANDALE, VA 22003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-PO-200 |
| | ) | |
| ZACHARY ELLIS, | ) | |
| _Defendant_. | ) | |

## **CONSENT MOTION FOR ENTRY OF AN AGREED PROTECTIVE ORDER**

To expedite the government's disclosure of body-worn camera materials ("BWC materials"), and to adequately protect the privacy rights of the persons depicted therein, pursuant to the Court's authority under Fed. R. Crim. P. 16(d)(1), and with the consent of defense counsel, the Government requests entry of the proposed protective order.

1.      As part of the discovery in this matter, the United States intends to produce BWC materials and other investigative materials that may contain the visual depictions, confidential information, and/or personal identifying information ("PII") of potential witnesses, and other third parties.

2.      The need to produce much of this data in its original format, together with the volume of the data and the interests in producing the material expeditiously, makes it infeasible to make redactions to the materials.

3.      Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of documents, videos, and other information obtained through discovery that contain certain jointly agreed-upon categories of Sensitive information.

WHEREFORE, the undersigned, with the consent of counsel for the defendant, respectfully requests that the Court enter the proposed Protective Order.

Respectfully Submitted,


Erik S. Siebert
United States Attorney


By:  _____/s/_____
     Thomas M. Kersey           VSB#93602
     Special Assistant United States Attorney (Pentagon)
     United States Attorney's Office
     2100 Jamieson Avenue
     Alexandria, Virginia 22314
     Office        703-697-6664
     Cell          571-329-1527
     E-mail        Thomas.m.kersey.civ@mail.mil

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

UNITED STATES OF AMERICA       )
                               )
v.                             )          1:25-PO-200
                               )
ZACHARY ELLIS,                 )
                 *Defendant*.  )

<u>PROTECTIVE ORDER</u>

To expedite the government's disclosure of body-worn camera materials ("BWC materials"), and to adequately protect the privacy rights of the persons depicted therein, pursuant to the Court's authority under Fed. R. Crim. P. 16(d)(1), and with the consent of the parties, it is hereby ORDERED

1. **Materials Subject to this Order.**  Except as provided herein, this protective order ("Order") governs the BWC materials disclosed by the government.

2. **Sensitive Materials.**  The United States may produce body camera footage containing personal identifying information as identified in Rule 49.1 of the Federal Rules of Criminal Procedure, and other materials as set forth below, to defense counsel, pursuant to the defendant's discovery requests.  The parties agree that the below portions of the body camera footage will be designated as "Sensitive materials."

   a. Telephone numbers, residential addresses, email addresses, driver's license numbers, and similar unique identifying information;
   b. Information that could reasonably be used to identify the government's confidential sources;
   c. Identifying information, including true names and photographs, regarding government agents who acted in an undercover capacity with respect to this investigation;
   d. Information that could reasonably be expected to jeopardize witness security;

     e. Personal identifying information for individuals that do not appear to be related to the criminal conduct in this case;

     f. Medical or mental health records, other than those of the defendant;

     g. Law enforcement sensitive passcodes and doorcodes;

     h. Sources, locations, and methods law-enforcement officials have used, and will continue to use, to investigate other criminal conduct;

     i. Information that may jeopardize an ongoing or future investigation;

     j. Tax returns or tax information;

     k. Portions of the footage depicting minors and any personal identifying information of minors, including names;

3. **Legal Defense Team.** The "legal defense team" includes defense counsel (defined as counsel of record in this case, including any post-conviction or appellate counsel) and any attorneys, investigators, paralegals, support staff, interns, consultants and expert witnesses who are advising or assisting defense counsel in connection with this case. The legal defense team shall not include the defendant or the defendant's family members, friends, or associates.

4. **Limitations on Dissemination.** No sensitive materials may be reviewed by or disclosed to any persons other than the defendant and the legal defense team without further authorization from this Court. Sensitive materials may also be reviewed by the person to whom the Sensitive information solely and directly pertains, without prior notice to the United States and without authorization from the Court.

5. **Court Filings.** Absent prior agreement by the parties or permission from the Court, no party shall disclose materials categorized as Sensitive in any public filing with the Court. Such materials shall be submitted under seal in accordance with Local Criminal Rule 49. Defendant may include in a public document Sensitive information relating solely and directly to the defendant.

6. **Court Hearings**. The restrictions in this Order shall not limit either party in this use of the materials in judicial proceedings in this case. The procedures for use of

designated Sensitive materials during any hearing or the trial of this matter shall be determined by the parties and the Court in advance of the hearing or trial.

7. **Limitations on Use.**  Subject to the limitations contained in this Order and without further order of the Court, the defendant and the legal defense team may use Sensitive materials solely in connection with this case, including any post-conviction or appellate litigation, and for no other purpose and in connection with no other proceeding.  The legal defense team may discuss Sensitive material with, and defense counsel may authorize the viewing of Sensitive materials by, the defendant where doing so reasonably can be expected to further the investigation of the defendant's case and the preparation of the defense.

8. **Limitations on Reproduction.**  Subject to the limitations contained in this Order, the legal defense team may physically or electronically reproduce the BWC, including the Sensitive materials as deemed necessary by defense counsel for use in connection with this case.  The legal defense team shall not provide a copy, screenshot, or electronic reproduction of the Sensitive materials, nor the original of the materials, to the defendant or any authorized person.  Any reproductions of BWC materials authorized by defense counsel shall be treated in the same manner as the original BWC materials.

9. **Storage Requirements.**  BWC materials that contain sensitive materials must be maintained in the custody and control of the legal defense team.  Defense counsel shall be responsible and accountable for maintaining, securing, and storing the BWC materials, including all reproductions thereof, and taking all necessary precautions to prevent unauthorized access.

10. **Responsibility to Prevent Reproduction During Viewing.** If the defendant views Sensitive materials, the legal defense team shall ensure that the defendant does not copy, photograph, take screenshots, or otherwise reproduce the Sensitive materials.

11. **Notifications Regarding this Order.** Defense counsel must provide members of the legal defense team, the defendant, and any other person, with a copy of this Order, before providing them with access to, or permitting them to view, BWC materials.

12. **Disposition Following the Conclusion of this Criminal Case.** Defense counsel may retain a copy of the BWC materials following the conclusion of this case. This Order shall remain in effect after the conclusion of this case and shall continue to govern the dissemination, use, reproduction, storage, and retention of BWC materials disclosed in this case. Nothing in this Order prevents the government from seeking a court order requiring that the BWC material be returned or to further restrict the retention of BWC material, and nothing in this Order prevents defense counsel from seeking a court order allowing broader retention of the BWC materials.

13. **Automatic Exclusion from this Order.** This Order does not apply to BWC materials that:

    a. are, or later become, part of the public record, including materials that have been received in evidence in this or other public trials, or materials that are publicly released by the U.S. Attorney's Office or the government of the United States;

    b. materials that the defense obtains by means other than discovery; or

    c. pertain solely and directly to the defendant.

14. **Disputes.**  The parties shall make a good faith effort to resolve any dispute regarding the applicability of this Order.    The United States may agree to remove a sensitivity designation without further order of this Court.  Whenever the redaction of specified information will resolve the basis for which a sensitivity designation was applied, either party may do so and any materials so redacted will no longer be deemed Sensitive under this Order.  Should the parties be unable to resolve the dispute, either party may file a motion specifying the material at issue and why it does or does not qualify as "Sensitive material" under Paragraph 2 of this Order.  The disputed materials shall be treated as subject to this Order pending disposition of such motion.

15. **Government's Discovery Obligations.**  Nothing in this Order modifies the obligation of the United States at any stage of discovery in this case pursuant to Federal Rules of Criminal Procedure 16 and 26.2, 18 U.S.C. § 3500, and the government's general obligation to produce exculpatory and impeachment information in criminal cases.

16. **Scope of this Order.**  This Order does not prevent any party from objecting to the discovery or admission of BWC materials that it otherwise believes to be inadmissible or not subject to a disclosure obligation.  This Order also does not constitute a ruling on: (A) any potential objection to the discoverability or admissibility of BWC materials; or (B) whether any particular BWC material is properly discoverable or admissible.  This Order is not intended to limit the use of BWC materials in any judicial proceeding in this case.

17. **Modification of this Order.**  Consent to this Order does not constitute a waiver or otherwise prevent any party from seeking modification of this Order. The parties

agree that the burden of demonstrating the need for a protective order remains with the government at all times.

**SO ORDERED** this _____ day of _____, 2025.

_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-PO-200 |
| | ) | |
| ZACHARY ELLIS, | ) | |
| *Defendant*. | ) | |

PROTECTIVE ORDER

To expedite the government's disclosure of body-worn camera materials ("BWC materials"), and to adequately protect the privacy rights of the persons depicted therein, pursuant to the Court's authority under Fed. R. Crim. P. 16(d)(1), and with the consent of the parties, it is hereby ORDERED

1. **Materials Subject to this Order.**  Except as provided herein, this protective order ("Order") governs the BWC materials disclosed by the government.

2. **Sensitive Materials.**  The United States may produce body camera footage containing personal identifying information as identified in Rule 49.1 of the Federal Rules of Criminal Procedure, and other materials as set forth below, to defense counsel, pursuant to the defendant's discovery requests.  The parties agree that the below portions of the body camera footage will be designated as "Sensitive materials."

    a. Telephone numbers, residential addresses, email addresses, driver's license numbers, and similar unique identifying information;
    b. Information that could reasonably be used to identify the government's confidential sources;
    c. Identifying information, including true names and photographs, regarding government agents who acted in an undercover capacity with respect to this investigation;
    d. Information that could reasonably be expected to jeopardize witness security;

    e.  Personal identifying information for individuals that do not appear to be related to the criminal conduct in this case;

    f.  Medical or mental health records, other than those of the defendant;

    g.  Law enforcement sensitive passcodes and doorcodes;

    h.  Sources, locations, and methods law-enforcement officials have used, and will continue to use, to investigate other criminal conduct;

    i.  Information that may jeopardize an ongoing or future investigation;

    j.  Tax returns or tax information;

    k.  Portions of the footage depicting minors and any personal identifying information of minors, including names;

3. **Legal Defense Team.**  The "legal defense team" includes defense counsel (defined as counsel of record in this case, including any post-conviction or appellate counsel) and any attorneys, investigators, paralegals, support staff, interns, consultants and expert witnesses who are advising or assisting defense counsel in connection with this case. The legal defense team shall not include the defendant or the defendant's family members, friends, or associates.

4. **Limitations on Dissemination.**  No sensitive materials may be reviewed by or disclosed to any persons other than the defendant and the legal defense team without further authorization from this Court.  Sensitive materials may also be reviewed by the person to whom the Sensitive information solely and directly pertains, without prior notice to the United States and without authorization from the Court.

5. **Court Filings.**  Absent prior agreement by the parties or permission from the Court, no party shall disclose materials categorized as Sensitive in any public filing with the Court.  Such materials shall be submitted under seal in accordance with Local Criminal Rule 49.  Defendant may include in a public document Sensitive information relating solely and directly to the defendant.

6. **Court Hearings**.  The restrictions in this Order shall not limit either party in this use of the materials in judicial proceedings in this case.  The procedures for use of

designated Sensitive materials during any hearing or the trial of this matter shall be determined by the parties and the Court in advance of the hearing or trial.

7. **Limitations on Use.** Subject to the limitations contained in this Order and without further order of the Court, the defendant and the legal defense team may use Sensitive materials solely in connection with this case, including any post-conviction or appellate litigation, and for no other purpose and in connection with no other proceeding. The legal defense team may discuss Sensitive material with, and defense counsel may authorize the viewing of Sensitive materials by, the defendant where doing so reasonably can be expected to further the investigation of the defendant's case and the preparation of the defense.

8. **Limitations on Reproduction.** Subject to the limitations contained in this Order, the legal defense team may physically or electronically reproduce the BWC, including the Sensitive materials as deemed necessary by defense counsel for use in connection with this case. The legal defense team shall not provide a copy, screenshot, or electronic reproduction of the Sensitive materials, nor the original of the materials, to the defendant or any authorized person. Any reproductions of BWC materials authorized by defense counsel shall be treated in the same manner as the original BWC materials.

9. **Storage Requirements.** BWC materials that contain sensitive materials must be maintained in the custody and control of the legal defense team. Defense counsel shall be responsible and accountable for maintaining, securing, and storing the BWC materials, including all reproductions thereof, and taking all necessary precautions to prevent unauthorized access.

10. **Responsibility to Prevent Reproduction During Viewing.** If the defendant views Sensitive materials, the legal defense team shall ensure that the defendant does not copy, photograph, take screenshots, or otherwise reproduce the Sensitive materials.

11. **Notifications Regarding this Order.** Defense counsel must provide members of the legal defense team, the defendant, and any other person, with a copy of this Order, before providing them with access to, or permitting them to view, BWC materials.

12. **Disposition Following the Conclusion of this Criminal Case.** Defense counsel may retain a copy of the BWC materials following the conclusion of this case. This Order shall remain in effect after the conclusion of this case and shall continue to govern the dissemination, use, reproduction, storage, and retention of BWC materials disclosed in this case. Nothing in this Order prevents the government from seeking a court order requiring that the BWC material be returned or to further restrict the retention of BWC material, and nothing in this Order prevents defense counsel from seeking a court order allowing broader retention of the BWC materials.

13. **Automatic Exclusion from this Order.** This Order does not apply to BWC materials that:

    a. are, or later become, part of the public record, including materials that have been received in evidence in this or other public trials, or materials that are publicly released by the U.S. Attorney's Office or the government of the United States;

    b. materials that the defense obtains by means other than discovery; or

    c. pertain solely and directly to the defendant.

14. **Disputes.**  The parties shall make a good faith effort to resolve any dispute regarding the applicability of this Order.   The United States may agree to remove a sensitivity designation without further order of this Court.  Whenever the redaction of specified information will resolve the basis for which a sensitivity designation was applied, either party may do so and any materials so redacted will no longer be deemed Sensitive under this Order.  Should the parties be unable to resolve the dispute, either party may file a motion specifying the material at issue and why it does or does not qualify as "Sensitive material" under Paragraph 2 of this Order.  The disputed materials shall be treated as subject to this Order pending disposition of such motion.

15. **Government's Discovery Obligations.**  Nothing in this Order modifies the obligation of the United States at any stage of discovery in this case pursuant to Federal Rules of Criminal Procedure 16 and 26.2, 18 U.S.C. § 3500, and the government's general obligation to produce exculpatory and impeachment information in criminal cases.

16. **Scope of this Order.**  This Order does not prevent any party from objecting to the discovery or admission of BWC materials that it otherwise believes to be inadmissible or not subject to a disclosure obligation.  This Order also does not constitute a ruling on: (A) any potential objection to the discoverability or admissibility of BWC materials; or (B) whether any particular BWC material is properly discoverable or admissible.  This Order is not intended to limit the use of BWC materials in any judicial proceeding in this case.

17. **Modification of this Order.**  Consent to this Order does not constitute a waiver or otherwise prevent any party from seeking modification of this Order. The parties

agree that the burden of demonstrating the need for a protective order remains with the government at all times.

**SO ORDERED** this ___26th___ day of ___February_____, 2025.

John F. Anderson

Digitally signed by John F. Anderson
Date: 2025.02.26 10:43:54 -05'00'

_____
United States Magistrate Judge

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Thomas Kersey (amanda.r.williams79.civ@mail.mil,
anthony.s.brecht.civ@mail.mil, caseview.ecf@usdoj.gov, thomas.kersey@usdoj.gov,
thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil,
usavae.alx.ecf.sausa@usdoj.gov), Brooke Sealy Rupert (brooke_rupert@fd.org,
camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org), Magistrate Judge John
F. Anderson (dilhani_siriwardane@vaed.uscourts.gov, jfa_chambers@vaed.uscourts.gov,
john_anderson@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12396300@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-JFAVAED USA vs Ellis Order to Continue
```
Content−Type: text/html

## U.S. District Court

## Eastern District of Virginia −

## Notice of Electronic Filing

The following transaction was entered on 3/6/2025 at 2:09 PM EST and filed on 03/06/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | <u>1:25−po−00200−JFA</u> |
| **Filer:** | Dft No. 1 − Zachary B Ellis |
| **Document Number:** | 10(No document attached) |

**Docket Text:**
 **ORDER to Continue as to Zachary B Ellis (JFA)**

**1:25−po−00200−JFA−1 Notice has been electronically mailed to:**

Brooke Sealy Rupert &nbsp &nbsp brooke_rupert@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org

Thomas Kersey &nbsp &nbsp thomas.kersey@usdoj.gov, amanda.r.williams79.civ@mail.mil, anthony.s.brecht.civ@mail.mil, CaseView.ECF@usdoj.gov, thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil, usavae.alx.ecf.sausa@usdoj.gov

**1:25−po−00200−JFA−1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Thomas Kersey (amanda.r.williams79.civ@mail.mil,
anthony.s.brecht.civ@mail.mil, caseview.ecf@usdoj.gov, thomas.kersey@usdoj.gov,
thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil,
usavae.alx.ecf.sausa@usdoj.gov), Brooke Sealy Rupert (brooke_rupert@fd.org,
camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org), Magistrate Judge John
F. Anderson (dilhani_siriwardane@vaed.uscourts.gov, jfa_chambers@vaed.uscourts.gov,
john_anderson@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12396302@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-JFAVAED USA vs Ellis Terminate Hearings
```
Content−Type: text/html

## U.S. District Court

## Eastern District of Virginia −

## Notice of Electronic Filing

The following transaction was entered on 3/6/2025 at 2:09 PM EST and filed on 03/06/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25−po−00200−JFA |
| **Filer:** | |
| **Document Number:** | 11(No document attached) |

**Docket Text:**
 **Minute Entry for proceedings held before Magistrate Judge John F. Anderson: Terminate hearing (JFA)**


**1:25−po−00200−JFA−1 Notice has been electronically mailed to:**

Brooke Sealy Rupert &nbsp &nbsp brooke_rupert@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org

Thomas Kersey &nbsp &nbsp thomas.kersey@usdoj.gov, amanda.r.williams79.civ@mail.mil, anthony.s.brecht.civ@mail.mil, CaseView.ECF@usdoj.gov, thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil, usavae.alx.ecf.sausa@usdoj.gov

**1:25−po−00200−JFA−1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Thomas Kersey (amanda.r.williams79.civ@mail.mil,
anthony.s.brecht.civ@mail.mil, caseview.ecf@usdoj.gov, thomas.kersey@usdoj.gov,
thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil,
usavae.alx.ecf.sausa@usdoj.gov), Brooke Sealy Rupert (brooke_rupert@fd.org,
camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org), Magistrate Judge John
F. Anderson (dilhani_siriwardane@vaed.uscourts.gov, jfa_chambers@vaed.uscourts.gov,
john_anderson@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12396304@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-JFAVAED USA vs Ellis Set Hearings
Content-Type: text/html
```

# U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 3/6/2025 at 2:09 PM EST and filed on 03/06/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25–po–00200–JFA |
| **Filer:** | |
| **Document Number:** | 12(No document attached) |

**Docket Text:**
**Status Conference set for 03/20/2025 at 09:00 AM in ALX1 before Magistrate Judge John F. Anderson. (JFA)**

**1:25–po–00200–JFA–1 Notice has been electronically mailed to:**

Brooke Sealy Rupert &nbsp &nbsp brooke_rupert@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org

Thomas Kersey &nbsp &nbsp thomas.kersey@usdoj.gov, amanda.r.williams79.civ@mail.mil, anthony.s.brecht.civ@mail.mil, CaseView.ECF@usdoj.gov, thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil, usavae.alx.ecf.sausa@usdoj.gov

**1:25–po–00200–JFA–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Thomas Kersey (amanda.r.williams79.civ@mail.mil,
anthony.s.brecht.civ@mail.mil, caseview.ecf@usdoj.gov, thomas.kersey@usdoj.gov,
thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil,
usavae.alx.ecf.sausa@usdoj.gov), Brooke Sealy Rupert (brooke_rupert@fd.org,
camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org), Magistrate Judge John
F. Anderson (dilhani_siriwardane@vaed.uscourts.gov, jfa_chambers@vaed.uscourts.gov,
john_anderson@vaed.uscourts.gov), Magistrate Judge Ivan D. Davis
(christina_marquez@vaed.uscourts.gov, idd_chambers@vaed.uscourts.gov,
ivan_d_davis@vaed.uscourts.gov, sheena_patel@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12398224@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-IDDVAED USA vs Ellis Judge Reassignment
Content-Type: text/html
```

### U.S. District Court

### Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 3/7/2025 at 8:47 AM EST and filed on 3/6/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25–po–00200–IDD |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Magistrate Judge Ivan D. Davis added. Magistrate Judge John F. Anderson no longer assigned to case. (Dcrow, )**

**1:25–po–00200–IDD–1 Notice has been electronically mailed to:**

Brooke Sealy Rupert    brooke_rupert@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org

Thomas Kersey    thomas.kersey@usdoj.gov, CaseView.ECF@usdoj.gov, amanda.r.williams79.civ@mail.mil, anthony.s.brecht.civ@mail.mil, thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil, usavae.alx.ecf.sausa@usdoj.gov

**1:25–po–00200–IDD–1 Notice has been delivered by other means to:**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

UNITED STATES OF AMERICA

v.                                                                          **Criminal No. 1:25po200**

ZACHARY B. ELLIS,

        Defendant.

<u>**ORDER**</u>

    This matter comes before the Court on its own initiative. Pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, the Court ORDERS the United States to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. *Brady v. Maryland* instructs that "the suppression by the prosecution of evidence favorable to an accused" violates due process where the evidence is "material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." 373 U.S. at 87. Failure to adhere to this requirement may result in serious consequences, up to and including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the court.

    Having given counsel the oral admonition required by the Due Process Protections Act, this Order serves as the reminder of prosecutorial obligation and duties in accordance with Rule 5(f) and the Eastern District of Virginia Standing Order concerning the same.

    It is SO ORDERED.

                                     /s/
                                 John F. Anderson
                           United States Magistrate Judge

Date: March 6, 2025

Alexandria, Virginia

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Thomas Kersey (amanda.r.williams79.civ@mail.mil,
anthony.s.brecht.civ@mail.mil, caseview.ecf@usdoj.gov, thomas.kersey@usdoj.gov,
thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil,
usavae.alx.ecf.sausa@usdoj.gov), Brooke Sealy Rupert (brooke_rupert@fd.org,
camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org), Magistrate Judge Ivan
D. Davis (christina_marquez@vaed.uscourts.gov, idd_chambers@vaed.uscourts.gov,
ivan_d_davis@vaed.uscourts.gov, sheena_patel@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12427699@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-IDDVAED USA vs Ellis Order to Continue
```
Content–Type: text/html

# U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 3/21/2025 at 10:51 AM EDT and filed on 03/21/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25–po–00200–IDD |
| **Filer:** | Dft No. 1 – Zachary B Ellis |
| **Document Number:** | 14(No document attached) |

**Docket Text:**
 **ORDER to Continue as to Zachary B Ellis (IDD)**

**1:25–po–00200–IDD–1 Notice has been electronically mailed to:**

Brooke Sealy Rupert &nbsp &nbsp brooke_rupert@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org

Thomas Kersey &nbsp &nbsp thomas.kersey@usdoj.gov, amanda.r.williams79.civ@mail.mil, anthony.s.brecht.civ@mail.mil, CaseView.ECF@usdoj.gov, thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil, usavae.alx.ecf.sausa@usdoj.gov

**1:25–po–00200–IDD–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Thomas Kersey (amanda.r.williams79.civ@mail.mil,
anthony.s.brecht.civ@mail.mil, caseview.ecf@usdoj.gov, thomas.kersey@usdoj.gov,
thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil,
usavae.alx.ecf.sausa@usdoj.gov), Brooke Sealy Rupert (brooke_rupert@fd.org,
camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org), Magistrate Judge Ivan
D. Davis (christina_marquez@vaed.uscourts.gov, idd_chambers@vaed.uscourts.gov,
ivan_d_davis@vaed.uscourts.gov, sheena_patel@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12427701@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-IDDVAED USA vs Ellis Terminate Hearings
Content-Type: text/html
```

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 3/21/2025 at 10:51 AM EDT and filed on 03/21/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25–po–00200–IDD |
| **Filer:** | |
| **Document Number:** | 15(No document attached) |

**Docket Text:**
 **Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis: Terminate hearing (IDD)**

**1:25–po–00200–IDD–1 Notice has been electronically mailed to:**

Brooke Sealy Rupert &nbsp &nbsp brooke_rupert@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org

Thomas Kersey &nbsp &nbsp thomas.kersey@usdoj.gov, amanda.r.williams79.civ@mail.mil, anthony.s.brecht.civ@mail.mil, CaseView.ECF@usdoj.gov, thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil, usavae.alx.ecf.sausa@usdoj.gov

**1:25–po–00200–IDD–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Thomas Kersey (amanda.r.williams79.civ@mail.mil,
anthony.s.brecht.civ@mail.mil, caseview.ecf@usdoj.gov, thomas.kersey@usdoj.gov,
thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil,
usavae.alx.ecf.sausa@usdoj.gov), Brooke Sealy Rupert (brooke_rupert@fd.org,
camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org), Magistrate Judge Ivan
D. Davis (christina_marquez@vaed.uscourts.gov, idd_chambers@vaed.uscourts.gov,
ivan_d_davis@vaed.uscourts.gov, sheena_patel@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12427703@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-IDDVAED USA vs Ellis Set Hearings
Content-Type: text/html
```

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 3/21/2025 at 10:51 AM EDT and filed on 03/21/2025

**Case Name:**      USA vs Ellis
**Case Number:**    1:25–po–00200–IDD
**Filer:**
**Document Number:** 16(No document attached)
**Docket Text:**
 **Bench Trial set for 05/01/2025at 09:00 AM in ALX1 before Magistrate Judge Ivan D. Davis.
(IDD)**

**1:25–po–00200–IDD–1 Notice has been electronically mailed to:**

Brooke Sealy Rupert &nbsp &nbsp brooke_rupert@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org,
thelma_young@fd.org

Thomas Kersey &nbsp &nbsp thomas.kersey@usdoj.gov, amanda.r.williams79.civ@mail.mil,
anthony.s.brecht.civ@mail.mil, CaseView.ECF@usdoj.gov, thomas.m.kersey.civ@mail.mil,
trisha.j.treharn.civ@mail.mil, usavae.alx.ecf.sausa@usdoj.gov

**1:25–po–00200–IDD–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Thomas Kersey (amanda.r.williams79.civ@mail.mil,
anthony.s.brecht.civ@mail.mil, caseview.ecf@usdoj.gov, thomas.kersey@usdoj.gov,
thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil,
usavae.alx.ecf.sausa@usdoj.gov), Brooke Sealy Rupert (brooke_rupert@fd.org,
camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org), Magistrate Judge Ivan
D. Davis (christina_marquez@vaed.uscourts.gov, idd_chambers@vaed.uscourts.gov,
ivan_d_davis@vaed.uscourts.gov, sheena_patel@vaed.uscourts.gov), Magistrate Judge William
E. Fitzpatrick (diane_wood@vaed.uscourts.gov, iland_leigh@vaed.uscourts.gov,
wef_chambers@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12428021@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-WEFVAED USA vs Ellis Judge Reassignment
Content-Type: text/html
```

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 3/21/2025 at 11:54 AM EDT and filed on 3/21/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25–po–00200–WEF |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Magistrate Judge William E. Fitzpatrick added. Magistrate Judge Ivan D. Davis no longer assigned to case. (lgue, )**

**1:25–po–00200–WEF–1 Notice has been electronically mailed to:**

Brooke Sealy Rupert    brooke_rupert@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org

Thomas Kersey    thomas.kersey@usdoj.gov, CaseView.ECF@usdoj.gov, amanda.r.williams79.civ@mail.mil, anthony.s.brecht.civ@mail.mil, thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil, usavae.alx.ecf.sausa@usdoj.gov

**1:25–po–00200–WEF–1 Notice has been delivered by other means to:**

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):     Sarah Knaub

Thomas Kersey

_____

Electronic Device(s):     Laptop

_____

_____

Purpose and Location
Of Use:     Video exhibits, Courtroom 500

Case No.:     1:25-PO-200

Date(s) Authorized:     5/1/2025

IT Clearance Waived:     _____(Yes)          _____(No)

APPROVED BY:

Date:_____     _____
                          United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:     _____     _____
                  IT Staff Member                       Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Request to Use the Court's Evidence Presentation System

I hereby request the use of the court's evidence presentation system and permission to bring a laptop computer into the courthouse to utilize with the system. I acknowledge that I have read, understand, and agree to follow all of the guidance available to me on the court's website regarding usage of the presentation system and my computer, as well as those items specifically addressed below:

- If necessary, I will schedule an orientation to ensure that I have all equipment necessary and understand how the system operates. I must obtain written authorization from chambers to bring a laptop computer to the scheduled orientation. Orientation provides instruction on use of the court's evidence presentation system and an opportunity for testing my laptop computer connections. Practicing presentations and preparing witnesses are not authorized without court approval.

- The court does not provide any equipment for in-court presentations such as scanned documents, animations, graphics, audio and video files from VHS, CD, DVD, Blu-ray, or external drives like a USB thumb drive. All files must be presented from my laptop computer.

- I am responsible for operating the evidence presentation system, and court employees are not authorized to operate my laptop computer. My staff, litigation support contractors, and I are not authorized to remove, relocate, or reconfigure any of the court's evidence presentation system equipment.

- Wi-Fi or any other wireless access to data, webcams, and any recording capabilities on my laptop computer must be disabled while in the courthouse. Visible evidence, such as red tape, may be placed over the webcam to prevent video recording.

- Internet service is not provided by the court in the courtroom.

I further agree, as directed by the court, to make any approved system available for, and assist with, inspection by court staff.

KERSEY.THOMAS.MICHAEL.
1390867642
Digitally signed by
KERSEY.THOMAS.MICHAEL.1390867642
Date: 2025.04.28 08:53:11 -04'00'

_____          _____
                (Signature)                                    (Date)

Thomas Kersey                             VSB # 93602
_____          _____
           (Typed or Printed Name)                      (VA Bar Number)

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Thomas Kersey (amanda.r.williams79.civ@mail.mil,
anthony.s.brecht.civ@mail.mil, caseview.ecf@usdoj.gov, thomas.kersey@usdoj.gov,
thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil,
usavae.alx.ecf.sausa@usdoj.gov), Brooke Sealy Rupert (brooke_rupert@fd.org,
camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org), Magistrate Judge
William E. Fitzpatrick (diane_wood@vaed.uscourts.gov, iland_leigh@vaed.uscourts.gov,
wef_chambers@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12504128@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-WEFVAED USA vs Ellis Notice of Correction
```
Content−Type: text/html

## U.S. District Court

## Eastern District of Virginia −

## Notice of Electronic Filing

The following transaction was entered on 4/28/2025 at 4:34 PM EDT and filed on 4/28/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25−po−00200−WEF |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Notice of Correction re [17] MOTION for the use of courtroom technology. Document number was filed using the wrong docket event. The "MOTION for Electronic Device Application" event was incorrectly filed as "MOTION for the use of courtroom technology." The clerk's office staff corrected this error. No further action is required at this time. (Dest)**

**1:25−po−00200−WEF−1 Notice has been electronically mailed to:**

Brooke Sealy Rupert &nbsp &nbsp brooke_rupert@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org

Thomas Kersey &nbsp &nbsp thomas.kersey@usdoj.gov, amanda.r.williams79.civ@mail.mil, anthony.s.brecht.civ@mail.mil, CaseView.ECF@usdoj.gov, thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil, usavae.alx.ecf.sausa@usdoj.gov

**1:25−po−00200−WEF−1 Notice has been delivered by other means to:**

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):  Sarah Knaub

Thomas Kersey

Electronic Device(s):  Laptop

Purpose and Location Of Use:  Video exhibits, Courtroom 500

Case No.:  1:25-PO-200

Date(s) Authorized:  5/1/2025

IT Clearance Waived:  _____(Yes)      _____(No)

APPROVED BY:

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
IT Staff Member                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Request to Use the Court's Evidence Presentation System

I hereby request the use of the court's evidence presentation system and permission to bring a laptop computer into the courthouse to utilize with the system. I acknowledge that I have read, understand, and agree to follow all of the guidance available to me on the court's website regarding usage of the presentation system and my computer, as well as those items specifically addressed below:

- If necessary, I will schedule an orientation to ensure that I have all equipment necessary and understand how the system operates. I must obtain written authorization from chambers to bring a laptop computer to the scheduled orientation. Orientation provides instruction on use of the court's evidence presentation system and an opportunity for testing my laptop computer connections. Practicing presentations and preparing witnesses are not authorized without court approval.

- The court does not provide any equipment for in-court presentations such as scanned documents, animations, graphics, audio and video files from VHS, CD, DVD, Blu-ray, or external drives like a USB thumb drive. All files must be presented from my laptop computer.

- I am responsible for operating the evidence presentation system, and court employees are not authorized to operate my laptop computer. My staff, litigation support contractors, and I are not authorized to remove, relocate, or reconfigure any of the court's evidence presentation system equipment.

- Wi-Fi or any other wireless access to data, webcams, and any recording capabilities on my laptop computer must be disabled while in the courthouse. Visible evidence, such as red tape, may be placed over the webcam to prevent video recording.

- Internet service is not provided by the court in the courtroom.

I further agree, as directed by the court, to make any approved system available for, and assist with, inspection by court staff.

KERSEY.THOMAS.MICHAEL. Digitally signed by
1390867642                KERSEY.THOMAS.MICHAEL.1390867642
                          Date: 2025.04.28 08:53:11 -04'00'

_____          _____
             (Signature)                            (Date)

Thomas Kersey                                VSB # 93602
_____          _____
        (Typed or Printed Name)                (VA Bar Number)

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) |
| ZACHARY B. ELLIS | ) |
| *Defendant* | ) |

Case No.    1:25-PO-200

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA                                                                  .

Date:    04/30/2025

/s/ Kristin Marie Grimes
*Attorney's signature*

Kristin Marie Grimes - VA 89210
*Printed name and bar number*

United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

Kristin.Grimes@usdoj.gov
*E-mail address*

(703) 236-3854
*Telephone number*

(703) 299-3980
*FAX number*

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):          Brooke S. Rupert, AFPD
                              _____

                              Utta Von Nuremburg, Paralegal
                              _____

                              _____

                              _____

Electronic Device(s):          Laptops
                              _____

                              _____

                              _____

Purpose and Location Of Use:   Trial Exhibits - Courtroom 500
                              _____

Case Name:                     USA v. Zachary Ellis
                              _____

Case No.:                      1:25-PO-200
                              _____

Date(s) Authorized:            May 1, 2025
                              _____

IT Clearance Waived:           _____  (YES)      _____  (NO)

### APPROVED BY:

Date:_____     _____
                            United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____     _____     _____
                            IT Staff Member                      Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Request to Use the Court's Evidence Presentation System**

**Case Name:** USA v. Zachary Ellis    **Case Number:** 1:25-PO-200

I hereby request the use of the court's evidence presentation system and permission to bring a laptop computer into the courthouse to utilize with the system. I acknowledge that I have read, understand, and agree to follow all of the guidance available to me on the court's website regarding usage of the presentation system and my computer, as well as those items specifically addressed below:

- If necessary, I will schedule an orientation to ensure that I have all equipment necessary and understand how the system operates. I must obtain written authorization from chambers to bring a laptop computer to the scheduled orientation. Orientation provides instruction on use of the court's evidence presentation system and an opportunity for testing my laptop computer connections. Practicing presentations and preparing witnesses are not authorized without court approval.

- The court does not provide any equipment for in-court presentations such as scanned documents, animations, graphics, audio and video files from VHS, CD, DVD, Blu-ray, or external drives like a USB thumb drive. All files must be presented from my laptop computer.

- I am responsible for operating the evidence presentation system, and court employees are not authorized to operate my laptop computer. My staff, litigation support contractors, and I are not authorized to remove, relocate, or reconfigure any of the court's evidence presentation system equipment.

- Wi-Fi or any other wireless access to data, webcams, and any recording capabilities on my laptop computer must be disabled while in the courthouse. Visible evidence, such as red tape, may be placed over the webcam to prevent video recording.

- Internet service is not provided by the court in the courtroom.

I further agree, as directed by the court, to make any approved system available for, and assist with, inspection by court staff.

_____    April 30, 2025
(Signature)                              (Date)

Brooke S. Rupert                   79729
(Typed or Printed Name)           (VA Bar Number)

**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):          Brooke S. Rupert, AFPD
_____

Utta Von Nuremburg, Paralegal
_____

_____

_____

Electronic Device(s):          Laptops
_____

_____

_____

Purpose and Location Of Use:   Trial Exhibits - Courtroom 500
_____

Case Name:                     USA v. Zachary Ellis
_____

Case No.:                      1:25-PO-200
_____

Date(s) Authorized:            May 1, 2025
_____

IT Clearance Waived:           ✓ (YES)  _____ (NO)

**APPROVED BY:**

Date: 4/30/2025          _____
                         United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:          _____    _____
                       IT Staff Member                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Request to Use the Court's Evidence Presentation System

**Case Name:** USA v. Zachary Ellis          **Case Number:** 1:25-PO-200

I hereby request the use of the court's evidence presentation system and permission to bring a laptop computer into the courthouse to utilize with the system. I acknowledge that I have read, understand, and agree to follow all of the guidance available to me on the court's website regarding usage of the presentation system and my computer, as well as those items specifically addressed below:

- If necessary, I will schedule an orientation to ensure that I have all equipment necessary and understand how the system operates. I must obtain written authorization from chambers to bring a laptop computer to the scheduled orientation. Orientation provides instruction on use of the court's evidence presentation system and an opportunity for testing my laptop computer connections. Practicing presentations and preparing witnesses are not authorized without court approval.

- The court does not provide any equipment for in-court presentations such as scanned documents, animations, graphics, audio and video files from VHS, CD, DVD, Blu-ray, or external drives like a USB thumb drive. All files must be presented from my laptop computer.

- I am responsible for operating the evidence presentation system, and court employees are not authorized to operate my laptop computer. My staff, litigation support contractors, and I are not authorized to remove, relocate, or reconfigure any of the court's evidence presentation system equipment.

- Wi-Fi or any other wireless access to data, webcams, and any recording capabilities on my laptop computer must be disabled while in the courthouse. Visible evidence, such as red tape, may be placed over the webcam to prevent video recording.

- Internet service is not provided by the court in the courtroom.

I further agree, as directed by the court, to make any approved system available for, and assist with, inspection by court staff.

_____          April 30, 2025
            (Signature)                                                 _____
                                                                                   (Date)

Brooke S. Rupert                                     79729
_____          _____
     (Typed or Printed Name)                               (VA Bar Number)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MAGISTRATE JUDGE: **WILLIAM E. FITZPATRICK**
DEPUTY CLERK: **TINA FITZGERALD**

UNITED STATES OF AMERICA                    HEARING: __Bench Trial____CASE#: 25po200_____

-VS-                                        DATE: _5/1/25__   TIME START: _10:00 a.m.____

                                            COURT REPORTER: TONIA HARRIS
_____Zachary Ellis ____                    RECORDER: FTR SYSTEM        REMOTE HEARING   (   )

COUNSEL FOR THE UNITED STATES:_____Thomas Kersey, Zakeria Haidary, Kristin Grimes_____

COUNSEL FOR THE DEFENDANT:_____ Brooke Rupert_____

INTERPRETER:_____LANGUAGE:_____

( x ) DEFT APPEARED     ( x ) W/COUNSEL        (   ) DUTY FPD PRESENT:_____

(   ) DEFT INFORMED OF RIGHTS, CHARGES, PENALTIES and/or violations

(   ) DUE PROCESS ACT-ORDER SIGNED BY JUDGE

**(   )** COURT TO APPOINT COUNSEL (   ) FPD    (   ) CJA    (   ) R40 PURPOSES ONLY (   ) DEFT WILL RETAIN COUNSEL

**(   )** GVT. CALLS WITNESS & ADDUCES EVIDENCE        (      ) AFFIDAVIT

**(   )** EXHIBIT #_____ADMITTED

**(   )** PROBABLE CAUSE**:**         FOUND **(     )** NOT FOUND (     )

(   ) PRELIMINARY HEARING WAIVED    (   ) FILED        (   ) ORALLY

**(   )** MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DFT. ADMITS VIOLATION (     )DFT. DENIES VIOLATION    (       ) COURT FINDS DFT. IN VIOLATION

**MINUTES: Deft calls witness: Crossexamination of witness: Redirect. Deft's Exh 1-4 admitted. Deft's oral Rule 29 Motion-Denied. Deft calls witness; Crossexamnation of witness. USA witness recalled. Closing arguments. Deft's renewed oral Rule 29 Motion is Denied. Deft found Not Guilty as to TVN# E2364227; Found Guilty on TVN# E2364226. Deft stepped back in USMS custody until 2pm for Sentencing. Deft recalled at Sentencing. Deft sentenced to 6 month supervised probation w/conditions; No Fine imposed; Mandatory $30.00 Processing fee and $10.00 S/A (see Judgment for details). Original Release Order given to USMS in open court.**

**(   )** DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
**(   )** DEFENDANT CONTINUED ON CONDITIONS OF    (      ) BOND    (   )PROBATION    (      )SUP. RELEASE

**NEXT COURT APPEARANCE:_____at _____Before_____**
(   ) DH (   ) PRH (   ) STATUS (   ) TRIAL (   ) JURY    (   ) PLEA (   ) SENT (      ) PBV    (   ) SRV   (   ) R40 (   ) PTV

AO 245I (Rev. 11/16) (VAED 3/25)  Judgment in a Criminal Case for a Petty Offense
Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| | ) **(for a Petty Offense)** |
| v. | ) Case Number:   1:25-PO-200 (TVN# E2364226-27) |
| | ) |
| ZACHARY B. ELLIS | ) USM Number:   N/A |
| | ) Brooke Rupert |
| | ) Defendant's Attorney |
| | ) |
| | ) |

The defendant pleaded not guilty to **TVN# E2364226 and E2364227**.

The defendant is found **not guilty** of TVN# E2364227

The defendant is found **guilty** of these offenses:

| Title and Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 32 CFR 234.10(a)(1) | Possession of a Weapon | 12/17/2024 | E2364226 |

The defendant is sentenced as provided in pages 2 through 4 of this Judgment.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

05/01/2025
Date of Imposition of Judgment

/s/
William E. Fitzpatrick
United States Magistrate Judge
Signature of Judge

William E. Fitzpatrick, United States Magistrate Judge
Name and Title of Judge

05/02/2025
Date

AO 245I (Rev. 11/16) (VAED 3/25)  Judgment in a Criminal Case for a Petty Offense

Sheet 5 – Probation

Page 2 of 4

| | |
|---|---|
| **Case Number:** | **1:25-PO-200** |
| **Defendant's Name:** | **Zachary B. Ellis** |

# PROBATION

You are hereby sentenced to supervised probation for a term of SIX (6) MONTHS.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, as determined by the court.

    ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you beside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*

8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions listed in this judgment as well as with any other special conditions listed in this judgment.

AO 2451 (Rev. 11/16) (VAED 3/25)  Judgment in a Criminal Case for a Petty Offense

Page 3 of 4

Sheet 5a – Probation

| | |
|---|---|
| Case Number: | 1:25-PO-200 |
| Defendant's Name: | Zachary B. Ellis |

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the Court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the Court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the Court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov

Defendant's Signature _____    Date

AO 245I (Rev. 11/16) (VAED 3/25)  Judgment in a Criminal Case for a Petty Offense

Sheet 5b – Probation

Page 4 of 4

| Case Number: | 1:25-PO-200 |
|---|---|
| Defendant's Name: | Zachary B. Ellis |

## SPECIAL CONDITIONS OF SUPERVISION

1. The Defendant shall undergo Mental Health Testing and Treatment as deemed necessary by the probation officer.

2. The Defendant shall enter and successfully complete an Anger Management program and/or course as directed by the probation officer.

3. The Defendant may not possess a firearm and/or dangerous weapon while on probation.

4. No Fine imposed; The defendant shall pay a mandatory $30.00 Processing Fee, and a $10.00 Special Assessment, both to be paid within THIRTY (30) DAYS.

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Kristin Marie Grimes (caseview.ecf@usdoj.gov,
kristin.grimes@usdoj.gov, usavae.alx.ecf.sausa@usdoj.gov), Thomas Kersey
(anthony.s.brecht.civ@mail.mil, caseview.ecf@usdoj.gov, thomas.kersey@usdoj.gov,
thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil,
usavae.alx.ecf.sausa@usdoj.gov), Brooke Sealy Rupert (brooke_rupert@fd.org,
camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org)
--Non Case Participants: CVB1 (cvbnef@cvb.uscourts.gov)
--No Notice Sent:

Message-Id:12519630@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-WEFVAED USA vs Ellis
Content-Type: text/html
```

## U.S. District Court

### Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 5/6/2025 at 11:56 AM EDT and filed on 5/1/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25–po–00200–WEF |
| **Filer:** | |
| **Document Number:** | 25(No document attached) |

**Docket Text:**
 **CVB is advised disposition information has been updated as to Zachary B Ellis for Violation Number E2364226, Disposition Code TE. Fine Amount 0.00 Processing Fee 30.00 Special Assessment 10.00 Disposition date 5/1/2025.**

**CVB USE ONLY:EV78:E2364226:TE:5/1/2025:0.00:10.00:30.00:32 CFR 234.10(a)(1):Possession of a Weapon :NEF_DISPOSITION_FEES_OFFENSE**

**(tfitz, )**

**1:25–po–00200–WEF–1 Notice has been electronically mailed to:**

Brooke Sealy Rupert     brooke_rupert@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org

Thomas Kersey     thomas.kersey@usdoj.gov, CaseView.ECF@usdoj.gov, anthony.s.brecht.civ@mail.mil, thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil, usavae.alx.ecf.sausa@usdoj.gov

Kristin Marie Grimes     kristin.grimes@usdoj.gov, CaseView.ECF@usdoj.gov, usavae.alx.ecf.sausa@usdoj.gov

**1:25–po–00200–WEF–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Kristin Marie Grimes (caseview.ecf@usdoj.gov,
kristin.grimes@usdoj.gov, usavae.alx.ecf.sausa@usdoj.gov), Thomas Kersey
(anthony.s.brecht.civ@mail.mil, caseview.ecf@usdoj.gov, thomas.kersey@usdoj.gov,
thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil,
usavae.alx.ecf.sausa@usdoj.gov), Brooke Sealy Rupert (brooke_rupert@fd.org,
camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org)
--Non Case Participants: CVB1 (cvbnef@cvb.uscourts.gov)
--No Notice Sent:

Message-Id:12519634@vaed.uscourts.gov
Subject:Activity in Case 1:25-po-00200-WEFVAED USA vs Ellis
Content-Type: text/html
```

## U.S. District Court

### Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 5/6/2025 at 11:57 AM EDT and filed on 5/1/2025

| | |
|---|---|
| **Case Name:** | USA vs Ellis |
| **Case Number:** | 1:25–po–00200–WEF |
| **Filer:** | |
| **Document Number:** | 26(No document attached) |

**Docket Text:**
 **CVB is advised disposition information has been updated as to Zachary B Ellis for Violation Number E2364227, Disposition Code TD. Disposition date 5/1/2025.**

**CVB USE ONLY:EV78:E2364227:Zachary B Ellis:TD:5/1/2025:DISPOSITION**

**(tfitz, )**

**1:25–po–00200–WEF–1 Notice has been electronically mailed to:**

Brooke Sealy Rupert     brooke_rupert@fd.org, camisha_ellison@fd.org, maria_ramirez@fd.org, thelma_young@fd.org

Thomas Kersey     thomas.kersey@usdoj.gov, CaseView.ECF@usdoj.gov, anthony.s.brecht.civ@mail.mil, thomas.m.kersey.civ@mail.mil, trisha.j.treharn.civ@mail.mil, usavae.alx.ecf.sausa@usdoj.gov

Kristin Marie Grimes     kristin.grimes@usdoj.gov, CaseView.ECF@usdoj.gov, usavae.alx.ecf.sausa@usdoj.gov

**1:25–po–00200–WEF–1 Notice has been delivered by other means to:**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:25PO200 |
| | ) | |
| ZACHARY ELLIS, | ) | |
| Defendant. | ) | |

## <u>NOTICE OF APPEAL</u>

Comes now the defendant, Zachary Ellis, by counsel, pursuant to Fed. R. Crim. P. 58(g)(2) and following his conviction on May 1, 2025, hereby notes his appeal to a District Judge of the decision of United States Magistrate Judge Fitzpatrick entered on May 2, 2025. *See* D.E. 24.

Respectfully submitted on this 14th day of May, 2025.

**ZACHARY ELLIS**
by counsel:

Geremy C. Kamens
Federal Public Defender

by:_____s/_____
Brooke S. Rupert, Va Bar No. 79729
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0849
Facsimile: (703) 600-0880
brooke_rupert@fd.org