IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case. No. 1:25-cr-147 (AJT) |
| | ) |
| ZACHARY ELLIS | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is Defendant's appeal, pursuant to Fed. R. Crim. P. 58(g)(2), of his misdemeanor conviction for violating 32 C.F.R. § 234.10(a)(1), seeking reversal of U.S. Magistrate Judge William E. Fitzpatrick's decision to deny his renewed Rule 29 Motion for Judgment of Acquittal, [Doc. Nos. 1, 8] (the "Appeal"). On September 24, 2025, the Court heard oral argument on the Appeal. Upon consideration of the Appeal, the opposition thereto, the reply in further support of the Appeal, the argument presented by counsel at the hearing, and for the reasons stated in open court, it is hereby

**ORDERED** that the Magistrate Judge's decision denying Defendant's Rule 29 Motion for Judgment of Acquittal is reversed, Defendants Rule 29 Motion for Judgment of Acquittal is granted, and Defendant's misdemeanor conviction pursuant to 32 C.F.R. § 234.10(a)(1) is vacated.

The Clerk is directed to forward copies of this Order to all counsel of record.

September 24, 2025
Alexandria, Virginia

/s/
Anthony J. Trenga
Senior United States District Judge